# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHELE SHELNUTT,

               Plaintiff,

v.

SYNCHRONY BANK,

               Defendant.

**Case No. 6:20-cv-00539-RBD-GJK**

**STIPULATION OF DIMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michele Shelnutt and Defendant Synchrony Bank, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expense.

Dated: August 4, 2020.

Respectfully Submitted,

**PRICE LAW GROUP, APC**

By: */s/ Santiago J Teran*
Santiago J Teran
FL #1018985
1001 N Federal Hwy, Ste 349
Hallandale, FL 33009
T: (818) 600-5586
F: (818) 600-5486
E: santiago@pricelawgroup.com

**MESSER STRICKLER, LTD.**

By: */s/ John M. Marees, II*
Lauren M. Burnette, Esquire
FL #012079
John M. Marees, II, Esquire
FL #0069879
12276 San Jose Blvd., Suite 718
Jacksonville, FL 32223
T: (904) 527-1172
F: (904) 683-7353
E: lburnette@messerstrickler.com
E: jmarees@messerstrickler.com

*Attorneys for Plaintiff*
*Michele Shelnutt*

*Counsel for Defendant*
*Synchrony Bank*

*Shelnutt, Michele v. Synchrony Bank*
Stipulation of Dismissal with Prejudice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Josefina Garcia*

*Shelnutt, Michele v. Synchrony Bank*
Stipulation of Dismissal with Prejudice