UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELE SHELNUTT,

        Plaintiff,

v.                                                 Case No:  6:20-cv-539-Orl-37GJK

SYNCHRONY BANK,

        Defendant.
_____

## ORDER OF DISMISSAL

The parties have filed a Stipulation of Dismissal With Prejudice (Doc. 29). The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**.  The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 10, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record